EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 135 |
| Raúl Lugo Colón | 179 DPR _____ |

Número del Caso: TS-4783


Fecha: 15 de julio de 2010


 Abogado de la Parte Peticionaria:

                    Por Derecho Propio


 Oficina del Procurador General

                    Lcda. Irene S. Soroeta Kodesh
                    Procuradora General


 Materia: Baja voluntaria al ejercicio de la abogacía.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                                          4783

Raúl Lugo Colón


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.


RESOLUCIÓN


San Juan, Puerto Rico, a  15 de julio de 2010

    Examinada la Moción Solicitando Baja Voluntaria  presentada por el Lcdo. Raúl Lugo Colón, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                Secretaria del Tribunal Supremo